**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action No. 3:07-CV-00227**

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AJ MANUFACTURING COMPANY, INC.,<br><br>Defendant. | **ORDER** |

This matter having come before the Court on motion of local counsel for Defendant AJ Manufacturing Company, Inc. for admission *pro hac vice* of Robert L. Wagner and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* representing AJ Manufacturing Company, Inc.

IT IS THEREFORE ORDERED that the motion is granted and that Robert L. Wagner is admitted to practice before this Court *pro hac vice*.

Signed: July 17, 2007

David C. Keesler
United States Magistrate Judge