# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division
### Civil Action No. 3:07-CV-00227

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> AJ MANUFACTURING COMPANY, INC., <br><br> Defendant. | **ORDER** |

Upon motion of Plaintiff Irwin Industrial Tool Company and Defendant AJ Manufacturing Company, Inc., for good cause shown, and it appearing that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Joint Motion to Stay the Initial Attorney Conference is GRANTED, and the parties shall have 14 days after service of Plaintiff's reply to Defendant's Counterclaims in which to conduct the Initial Attorney Conference.

Signed: August 7, 2007

David C. Keesler
United States Magistrate Judge