UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:07-CV-227-FDW-DCK

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AJ MANUFACTURING COMPANY, INC.<br><br>Defendant, | **ORDER GRANTING<br>PRO HAC VICE ADMISSION<br>OF JOHN A. BANNON** |

This matter is before the Court on the Motion for admission of John A. Bannon as counsel *pro hac vice* on behalf of plaintiff, Irwin Industrial Tool Company ("Irwin"), filed on September 21, 2007.

Upon review and consideration of the Motion and the Declaration filed in support thereof, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Bannon shall be admitted to appear before this Court *pro hac vice* on behalf of Irwin upon payment of the sum of One Hundred Dollars ($100.00) to the Clerk of Court within ten (10) days of the date of the filing of this Order.

Signed: September 24, 2007

_____
David C. Keesler
United States Magistrate Judge