# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:07-cv-00227-W

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AJ MANUFACTURING COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on motions of both parties for an expansion of the page limit applicable to the claim construction briefs (Docs. Nos. 34, 35). For the reasons stated in the motions and for good cause shown, both motions are GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's and Defendant's motions for expansion of the word limit (Docs. Nos. 34, 35) is GRANTED. The page limitation applicable to the claim construction briefs will be 6,000 words (excluding captions, table of contents, table of authorities and any certifications by counsel). This Order shall apply to the Opening Claim Construction brief filed by Irwin Industrial Tool Company on December 14, 2007 (Doc. No. 36), so long as a certification of word count is filed with this Court within three (3) business days.

IT IS SO ORDERED.

Signed: December 17, 2007

Frank D. Whitney
United States District Judge