# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:07-cv-00227-W

| | | |
|---|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED |
| vs. | ) | NOTICE |
| | ) | OF |
| AJ MANUFACTURING COMPANY, INC., | ) | HEARING |
| | ) | |
| Defendant. | ) | |
| | ) | |

TAKE NOTICE that a hearing on the parties' claim construction briefs (Docs. Nos. 36, 37) will take place at **9:00 a.m. on Wednesday, February 13, 2008**, before the undersigned in Courtroom #1. The original hearing date set for 10:00 a.m. on February 6, 2008, is being rescheduled to February 13, 2008, because it appears that a trial with a peremptory setting on the Court's January criminal calendar will take longer than initially anticipated. As stated in the original notice, oral arguments and the presentation of evidence (including cross-examination) will be limited to seventy-five (75) minutes per side.

Signed: January 14, 2008

Frank D. Whitney
United States District Judge